Tanya E, Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RUTH W. ROSENBERG, Trustee, or successor trustee, under the Family Trust, created under the Rosenberg Living Trust dated December 3, 1981, et al.,<br><br>　　　　　　Defendants. | No.  5:13-cv-02335-HRL<br><br>**STIPULATION CONTINUING DATES IN SCHEDULING ORDER UNDER GENERAL ORDER 56;** [PROPOSED] **ORDER** |

**WHEREAS**, on May 22, 2013, the Court issued its Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (ECF No. 7) ("the Scheduling Order");

**WHEREAS**, the parties conducted a site inspection of the subject property on August 22, 2013;

**WHEREAS**, the last date by which the parties must conduct an in-person meet and confer is currently September 19, 2013 (28 days after the joint site inspection);

**WHEREAS**, due to the unavailability of parties, counsel and/or experts, the Parties will not be able to hold the conference prior to the September 19, 2013 deadline;

**WHEREAS**, the Parties seek to continue the date of the in-person meet and confer to a

1 mutually agreeable date and have confirmed their mutual availability for the in-person meet
2 and confer on October 22, 2013;

3     **NOW, THEREFORE**, the Parties hereby stipulate that the last date by which the in-
4 person meet and confer must be conducted in this action be continued from September 19,
5 2013 to October 22, 2013, and that Plaintiff shall file a notice of need for mediation, if
6 necessary, within 14 days of the meet and confer.

7     **IT IS SO STIPULATED**.

9 Dated: September 18, 2013      MOORE LAW FIRM, P.C.

11      */s/ Tanya E. Moore*
     Tanya E. Moore
12      Attorneys for Plaintiff
     Cecil Shaw

13
14 Dated: September 18, 2013      BORTON PETRINI, LLP

15
16      */s/ Samuel L. Phillips*
     Samuel L. Phillips
17      Attorneys for Defendants
     Ruth W. Rosenberg, Trustee, or successor trustee,
18      under the Family Trust, created under the
     Rosenberg Living Trust dated December 3, 1981;
19      Oscar Osorio Chavez dba Osorio's Bakery

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the in-person meet and confer must be conducted in this action be continued from September 19, 2013 to October 22, 2013, and that Plaintiff shall file a notice of need for mediation, if necessary, within 14 days of the meet and confer.

**IT IS SO ORDERED**.

Dated: September 20, 2013

United States Magistrate Judge
Howard R. Lloyd