*E-Filed: March 21, 2014*

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No.  5:13-cv-02335-HRL |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| RUTH W. ROSENBERG, Trustee, or successor trustee, under the Family Trust, created under the Rosenberg Living Trust dated December 3, 1981, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Cecil Shaw ("Plaintiff"), and Defendants, Ruth W. Rosenberg, Trustee, or successor trustee, under the Family Trust, created under the Rosenberg Living Trust dated December 3, 1981; and Oscar Osorio Chavez dba Osorio's Bakery (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties remaining in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

filed.

**IT IS SO STIPULATED**.

Dated:  March 20, 2014                    MOORE LAW FIRM, P.C.


                                          _/s/ Tanya E. Moore_____
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Cecil Shaw

Dated:  March 20, 2014                    BORTON PETRINI, LLP


                                          _/s/ Samuel L. Phillips_____
                                          Samuel L. Phillips
                                          Attorneys for Defendants,
                                          Ruth W. Rosenberg, Trustee, or successor trustee,
                                          under the Family Trust, created under the
                                          Rosenberg Living Trust dated December 3, 1981;
                                          and Oscar Osorio Chavez dba Osorio's Bakery

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

PLAINTIFF SHALL SERVE ANY NEW DEFENDANT WITH A SUMMONS AND COPY OF THE AMENDED COMPLAINT FORTHWITH.

**IT IS SO ORDERED**.



Dated: _March 21, 2014_____

                                          United States Magistrate Judge
                                          HOWARD R. LLOYD

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED]
ORDER