*E-Filed: April 1, 2014*

1  Samuel L. Phillips, Esq. (SBN 127793)
   BORTON PETRINI, LLP
2  95 South Market Street, Suite 400
   San Jose, California 95113-2301
3  Telephone (408) 535-0870
   Facsimile (408) 535-0878
4  E-mail: sphillips@bortonpetrini.com

5  Attorneys for Defendants RUTH W. ROSENBERG, TRUSTEE,
   OSCAR OSORIO CHAVEZ dba OSORIO'S BAKERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case No. CV13-02335 HRL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MEDIATION** |
| v. | |
| RUTH W. ROSENBERG, TRUSTEE, or successor trustee, under the Family Trust, created under the Rosenberg Living Trust dated December 3, 1981; OSCAR OSORIO CHAVEZ dba OSORIO'S BAKERY; RICK FULPS dba OSORIO'S BAKERY; ARTURO M. MONROY dba OSORIO'S BAKERY; MIRNA MONROY dba OSORIO'S BAKERY, | |
| Defendants. | |

WHEREAS, this action was filed by plaintiff alleging violations of Title III of the Americans with Disabilities Act ("ADA") and related California law;

WHEREAS, a mediator was not appointed in this action by the ADR unit until December 4, 2013;

WHEREAS, Mediation was subsequently scheduled for March 21, 2014 pursuant to General Order 56 which governs ADA access cases;

WHEREAS, one of the businesses at issue has been sold to a third party who has recently been added as a party to this action but who has not yet been served;

WHEREAS, Plaintiff has recently filed his First Amended Complaint to include Manuel

Chiro as a defendant;

WHEREAS, the Parties, as well as the assigned mediator, have agreed to reschedule the Mediation to May 20, 2014 to afford time for the new defendant to appear, and to accommodate all parties' schedules;

NOW, THEREFORE, it is hereby stipulated by and between the Parties who have appeared in this action, through their respective counsel, to continue the Mediation to May 20, 2014. The Parties further stipulate that all dates set by the scheduling order triggered by the Mediation shall be amended accordingly.

Dated: March_____, 2014           BORTON PETRINI, LLP

                                   By_____/s/_____
                                   Samuel L. Phillips, Esq.,
                                   Attorneys for Defendants RUTH W.
                                   ROSENBERG, TRUSTEE, OSCAR OSORIO
                                   CHAVEZ dba OSORIO'S BAKERY

Dated: March_____, 2014           MOORE LAW FIRM, P.C.

                                   By_____/s/_____
                                   Tanya E. Moore
                                   Attorneys for Plaintiff CECIL SHAW

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mediation in the above action be continued from March 21, 2014 to May 20, 2014.

**IT IS SO ORDERED.**

Dated ___April 2,_____ 2014

THE HONORABLE HOWARD R. LLOYD
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA